**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**SAM HARRIS,**

                **Plaintiff,**

**v.**                                  **Civil Action No.: 5:06cv148**
                                          **(Chief Judge Keeley)**

**GENERAL ELECTRIC CAPITAL
CORPORATION and CITICAPITAL
COMMERCIAL LEASING CORPORATION
f/k/a/ ASSOCIATES COMMERCIAL CORPORATION,**

                **Defendants.**

## OPINION/ORDER

This matter is before the undersigned United States Magistrate Judge pursuant to "Defendant's Motion to Stay State Court Discovery Until the Pending Motion for Protective Order is Decided" [DE 6] and Defendant's "Response" thereto [DE 9]. This matter was referred to the undersigned by United States District Judge Irene M. Keeley by Order dated January 16, 2007 [DE 13].

For reasons apparent to the Court, "Defendant's Motion to Stay State Court Discovery Until the Pending Motion for Protective Order is Decided" [DE 6] is **GRANTED**. The Court also tolls Plaintiff's deadline for filing any Motion to Compel regarding the discovery at issue until the Motion for Protective Order is decided.

It is so **ORDERED**.

Dated: January 17, 2007.

/s *John S. Kaull*

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE