UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| SAM HARRIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Civil Division: 5:06-CV-148 |
| | * |
| GENERAL ELECTRIC CORPORATION, | * Judge: Irene M. Keeley |
| and CITICAPITAL COMMERCIAL | * |
| LEASING CORPORATION f/k/a | * |
| ASSOCIATES COMMERCIAL | * |
| CORPORATION, | * |
| | * |
| Defendants. | * |

### ORDER

On the _10_ day of July, 2007, Defendants, through counsel, filed a Motion for Extension of Time to Inspect Vehicle.

In consideration of Defendants' Motion, it is hereby GRANTED.

Defendants are hereby granted a 30-day extension to arrange for inspection of the vehicle at issue in this action.

_____John S. Kaull_____
J.