UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FILED
AUG 3 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | | |
|---|---|---|
| SAM HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Division: 5:06-CV-148 |
| | * | |
| GENERAL ELECTRIC CORPORATION, | * | Judge: Irene M. Keeley |
| and CITICAPITAL COMMERCIAL | * | |
| LEASING CORPORATION f/k/a | * | |
| ASSOCIATES COMMERCIAL | * | |
| CORPORATION, | * | |
| | * | |
| Defendants. | * | |

## ORDER

On the 3rd day of August, 2007, Kathy K. Condo and Reed Smith LLP, filed a Motion to Withdraw as Counsel (the "Motion").

In consideration of the Motion, it is hereby GRANTED.

The appearance of Kathy K. Condo and Reed Smith LLP on behalf of Defendants, General Electric Corporation and CitiCapital Commercial Leasing Corporation f/k/a Associates Commercial Corporation, is hereby withdrawn.

_Irene M. Keeley_
J.